ALSD Local 91 (Rev. 7/13)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>Chalvin TAN a/k/a Chalvin Tan Jia Hao<br><br>*Defendant(s)* | Case No. 24-mj-210-N |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **July 16, 2024** in the county of **Baldwin** in the **Southern** District of **Alabama**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1343 | Wire Fraud |
| 18 USC § 1349 | Wire Fraud Conspiracy |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

JOSHUA D WOODRUFF  Digitally signed by JOSHUA D WOODRUFF
Date: 2024.07.25 17:41:08 -05'00'

*Complainant's signature*

SA Joshua Woodruff, HSI
*Printed name and title*

Sworn to before me and attestation acknowledged pursuant to FRCP 4.1(b)(2).

Date: July 26, 2024 11:05am

*Judge's signature*

City and state: Mobile, Alabama

Katherine P. Nelson, U. S. Magistrate Judge
*Printed name and title*